FORM TO BE USED BY A PRISONER IN F[ILING]

IN THE UNITED STATES [DISTRICT COURT]
FOR THE MIDDLE DISTRIC[T OF PENNSYLVANIA]

(1) Jefferies, Ricardo Anthony Sr. / QR 0472
(Name of Plaintiff)    (Inmate Number)
S.C.I. Phoenix Collegeville, PA 19426
S.C.I. Camphill, Pa. 17001
(Address)

*Please send to my new location any correspondance SCI Phoenix 1200 Mokychic Drive Collegeville, PA 19426*

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) District Attorney; Fran Chardo
(2) ADA; John R. "Jack" Canavan
(3) Harrisburg, Detective Dennis Simmons
(Names of Defendants)  See attached
(4)-(6) see below
(Each named party must be numbered, and all names must be printed or typed)

25-cv-1874-DFB
(Case Number)

CIVIL COMPLAINT

**FILED**
**SCRANTON**

OCT 07 2025

PER _____ DJ _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   Sgt. Hoose          N/A  Bey., ap.,al.
   Lt. Adams           Docket # 2025- CV 5149

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

N/A

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a Grievance(s) w/ Detective Paula Trory Clerk of Courts, Police Commissioner Thomas Carter, Detective Dennis Simmons Internal Affairs never replied as to the status of an investigation of claims

2. What was the result? I have not recieved a Response since March 2024 when Detective Paula Trory of Internal Affairs, Harrisburg Police Dept came to me @ Dauphin County Prison to take my claim, since then I have Amended said claim and sent copies to the Defendant's. Still no Response. Recently Amended June 2025.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: (4) Detective Dennis Simmons, Badge 90
Employed as Detective at the Harrisburg Bureau Police at _____
Mailing address: 123 Walnut St

(2) Name of second defendant: (1) Fran Chardo
Employed as Dauphin County D.A. at Dauphin County Courthouse
Mailing address: 101 Market St. Harrisburg, Pa 17101

(3) Name of third defendant: (2) John R. Jack Canavan
Employed as ADA, Dauphin County at Dauphin County Courthouse
Mailing address: 101 Market St, Harrisburg, Pa 17101        See Attach

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. _____ See Attached _____

2

2. _See Attached_

3. _See Attached_

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. _See Attached_

2. _See Attached_

3. _See Attached_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **Fourth** day of **July**, 20**25**.

_Ricardo Anthony Jefferies Jr._
(Signature of Plaintiff)

# AFFIDAVIT IN SUPPORT OF CLAIMS

(1)

**I. Nature Of Complaint:** Malicious Prosecution, Personal Injury, theft, Defamation of Character, Slander, Libel, Declaratory Judgment for/against the Commonwealth of Pennsylvania, The Harrisburg Bureau Of Police, Detective Dennis Simmons, and his Confidential Informant; Civil Rights Action under 42 U.S.C. Section 1983, and 1331; (State, County, or Municipal Defendants) for Conspiracy, Retalliation, False Arrest, False Reports, False Imprisonment, Tampering Evidence, Fabrication Evidence, and other violations under both State and Federal Constitutions.

Defendants; (16+17) Lt Adams / Sgt Hoose / 501 Mall Rd Harrisburg, Pa. 17111

**II. Address and Information:**

A. **Plaintiff**; Jefferies, Ricardo Anthony Sr.  QR-0472   2500 Lisburn Rd. S.C.I. Camphill; Camphill, Pa. 17001

B. **Defendants** 13. D.A. Breese, Lantzy   101 Market St, Harrisburg, Pa. 17101

1. Dauphin County District Attorney; Fran Chardo   101 Market St, Harrisburg, Pa. 17101
2. Dauphin County ADA; Jack Canavan, John R.   101 Market St, Harrisburg, Pa. 17101
3. Harrisburg Police Commissioner, Thomas Carter  217   123 Walnut St, Harrisburg, Pa. 17101
4. Detective Dennis Simmons, Badge 90   287   123 Walnut St, Harrisburg, Pa. 17101
5. Officer Eduhe    12. Harrisburg Bureau of Police Vice Unit Supervisor   123 Walnut St., Harrisburg, Pa. 17101
6. Officer Cummings   123 Walnut St., Harrisburg, Pa. 17101
7. Other Officers who help with the Search Warrant   123 Walnut St., Harrisburg, Pa. 17101
8. Other Officers of the Sereillance Unit(s)   123 Walnut St., Harrisburg, Pa. 17101
9. The Confidential Informant   Harrisburg, Pa. 17104
10. Penn Live News   2020 Technology Parkway, Mechanicsburg, Pa. Suite 300
11. Deborah E. Curcillo; Common Please Judge   101 Market St, Harrisburg, Pa. 17101
14. Public Defender   2 South 2ND St. 2ND Fl. Harrisburg, Pa. 17101
15. Ofc Paul T Zozos   Rolleston St. Hbg. Pa. 17104
18.

**III. Statement Of Claims**

On 5-18-21, Detective Dennis Simmons started an investigation into the alleged sales of crack cocaine to his Confidential Informant. On 5-18-21 Dective Dennis did place (2) small baggies of suspected crack cocaine into evidence, then again on 5-25-21 he placed (2) more small baggies of suspected crack cocaine allegedly

(2)

sold to his "Confidential Informant" into evidence, See Harrisburg Bureau Of Police Incident Report Forms; pg. 2, HC-016301 and Pg. 3, HC-016571. Neither were field tested or sent to the Pennsylvania State Police for any laboratory testing at all. As a direct result of ⁴Detective Dennis Simmons alleged conversations with him coupled with the alleged sales, said detective procured a Search Warrant. Issuing Authority was "Deborah E. Curcillo, Common Pleas Judge. See Commonwealth of PA. Affidavit Of Probable Cause, docket # 831 MD 2021, No Warrant Control Number was issued. Pgs. 1-2. See also Commonwealth Of PA. Application for a Search Warrant docket number 831 MD 2021, Police Incident Number HC-21-011235, again No Warrant number was issued. ⁴Detective Dennis Simmons executed a Searc Warrant of my apartment. I was detained after I was found in possession of a firearm by ⁵Officer Feduke. A Worn Body Camera was activated per the Harrisburg Bureau Of Police Body Worn Camera Program. See Pg. 5, No. 7, Pg 7 section C 1-2, Pg. 8 section C, 5, 6(a)(b). I was not informed that I was being Recorded I was not Mirandized by ⁴Detective Dennis Simmons. I the plaintiff also made a few statements to said detective. None of this was obviously/allegedly memorablized according to ⁴Detective Dennis Simmons or the Commonwealths Evidence in my Discovery However ⁴Detective Dennis Simmons said that I stated to him as to how I came to be in possession of the firearm See Preliminary Hearing Statements between ²ADA Jack Canavan and himself; Pg. 9 Lines 4-7/Pg. 13 Lines 9-17, references to Body Worn Cameras Pg. 12 Lines 20-25, Pg. 13 lines 1-8. Cross Examinations by my Defense Counsel Jonathan Clymer. A Commonwealth Of PA. Reciept/Inventory of Siezed Property was completed. There are No Photos at all, neither was a field test done on the electronic scale with alleged crack residue See Police Incident Number HC-21-011235. Time of search 11:30 am on 5-27-21. I was then subsequently allegedly arrested and brought to the Judicial Center and was

(3)

the Plaintiff

seen by Magistrate Paul T. Zozos. I was later asked to be Issued a Warrant Of Arrest for being a danger to society, being armed and allegedly to be said selling opioids per statements in Police Criminal Complaint OTN number X396578-0, Complaint number HC-21-011235-17932. "Detective Dennis Simmons also references my Criminal Background. I was subsequently charged with possession of a firearm Prohibited on 5-18-21 per Criminal Docket Sheet # CP-22-CR-0002567-2021. (Please note it was later amended on the day of trial 4-15-24). Other charges included were (2) Counts of Manufacturing With Intent To Deliver (Which were severed by Commonwealth and My Defense Counsel Colten Whitener on the day of trial as well. These without my consent. and were subsequently dismissed on the day of sentencing July 11th, 2024 by Judge Andrew Dowling. There was also (1) count of drug paraphenalia wich was also dismissed. Trial was based on sole possession of Firearm Prohibited

## IV. My Notoriety

I am a father of (5). I have (7) grandchildren. I am pursuing Life, Liberty, and the pursuit of happiness. I was unemployed at the time, collecting Unemployment Benefits as well as PA Unemployment Assistance

## V. Probable Cause

I aver that "Detective Dennis Simmons lacked probable cause. He only had the "stale information" of his "Confidential Informant and his own conflicting/contradictory statements made during the Preliminary Hearing at pgs 6; Lines 1-8, and Pg. 13 lines 9-14, 15-17, references to my phone Pg 10 lines 12-20, and page 8 Lines 12-13 are contradictory to those Probable Cause Answers on pg 6. also see pg 6 Lines 18-21

(4)

## VI. Interviews by #Detective Dennis Simmons

# Detective Dennis Simmons did take statements from the Plaintiff. See Preliminary Hearing Transcripts Pgs. 9 Lines 4-7 by ²Jack Canavan, and Pg. 13 Lines 10-13, but stated that the Plaintiff said" Lines 15-17, and pg. 15 Lines 1-2 by Defense Counsel Jonathan Chymer.

## VII. Penn Live News

A company that reports on crime and other news; carried my story on or about 5-28-21 or later. They were (Penn Live) given the story as supplied by ²Harrisburg Bureau Of Police.

## VIII. Dauphin County Prison/Bond

The Plaintiff was asked to be placed on $500.000 bond (which was initially granted by Paul T. Zozos and later lowered to $250,000) by # Detective Dennis Simmons. See Criminal Complaint; Affidavit Of Probable Cause.

## IX. Targeted/Harrassed

I the Plaintiff aver that # Detective Dennis Simmons targeted me through a conversation with his Confidential Informant and after discovery of my identity and Criminal Background did start an active investigation. Surveillance Units captured photos of me without my permission. And I was later videoed by a corner street camera that is the Commonwealths only evidence. See Harrisburg Bureau Of Police Incident Report form dated 5-18-21 but not collected and logged into evidence until 5-19-21. Pg 3 HC-016354; HC-21-011235.

⑤

## X. Municipal Liability Of Legal Claims

Defendants [12] Harrisburg Police Department Vice Unit, and [4] Detective Dennis Simmons, along with his [9] Confidential Informant conspired in collaboration with the District Attorneys Office [1] D.A. Fran Chardo, [2] ADA Jack Canavan, and [13] ADA Breese Lantzy and also members of the Public Defenders Ofc; [14] Mary Klatt Chief Public Defender, Attorneys Jonathan Chymer, Grant Stephen Malleus, Jason Jefferis, and Colton Whitener, also Common Pleas Judge [11] Deborah E. Curcillo and [15] Paul T. Zozos did charge the Plaintiff Selectively and Retaliated for Plaintiff exercising his Constitutional Right to Life, Liberty, and the pursuit of happiness. The Defendants are part of a policy, practice, or custom of using Police tactics, torture, defamation of character, framing/fabricating in the news, and the community to "Unfairly" incarcerate people by coercions into the cooperations in Police Investigations to the point of ascertaining their convictions through Plea Deals, and are deliberately "indifferent" to said policies, practices, and customs. Defendants [1] Fran Chardo, [14] Mary Klatt, [3] Commissioner Carter have failed to train their personnel in the matters of "deliberate indifferences". Leading to the above mentioned violations. I the Plaintiff have placed most of the Defendants on notice. Others have also done so through Official Reports, Meetings, and Prior Litigations to present. These Defendants have in my opinion have denied Due Process or have "Blatantly" violated the Citizens' Constitutional Rights on a daily basis. I the Plaintiff also believe that they all operate under an "Illegal Code Of Silence. I also believe that most are "Rewarded" through Titles, Pay Raises, and other Benefits when said practices are implemented Case in Point: [4] Detective Dennis Simmons' Award for Arrest to Conviction Ratio, that was televised by ABC News on or about 6-21-24

6

## XI. Losses

As a direct result of the Plaintiff being criminally charged. I lost my freedom, Unemployment Benefits, Pennsylvania Unemployment Assistance (P.U.A.) Benefits. I have lost any and all earning potentialbility per every year incarcerated. I have lost "Unvaluable Time" with my family, friends, and other associates (Proffessional). i.e. my Sponsor Joe Holstrom, as I have been in Recovery for 15 years, 7 months, and continuous days to present. I lost the last days of Mothers Life (She passed; Nov. 21).

## XII. Injury

As a direct result of the Defendants' concerted actions, or in their inactions, policies, practices, and customs. The Plaintiff has suffered and continues to suffer from possible PTSD, the continuues nightmares that cause Anxiety and Depression to which I have been taking medications since January 11th, 2024. When Irreputable Damage to my Mental Health. I was assaulted by an inmate on or about October 2021 and I was assaulted by Dauphin County Prison Correctional Officers on January 29th, 2024. I have suffered cuts, scars, bruising for being handcuffed and shackled too tightly. I have been grabbed, poked by handcuff keys, and have been stood on my ankle (R) by a Correction Officer that is still visible to date. And I have been struck in the forehead by another those on Jan 29th, 2024 per a video in possession of the Commonwealth/Public Defender Offices. Their names are Lt. Adams and Sergeant Hoose, Joseph respectively.

## XIII. Relief Sought; Overall Pain, and Suffering

$80 Prisoner Property per Incident Report Evidence; HC-016631

(1) Cellphone, Per Incident Report Form Evidence; HC-016633; Pg.4

$100 per Reciept/Inventory of Siezed Property; Item No.2; HC-21-011235 ($140 minus $40 of alleged Poice Money = 100.00).

The Plaintiff is seeking Injunctive Relief, whereby Prohibiting the Defendants from retaliation against me. I also seek Unnecessary Contact from the Defendants in regards to being around me, while these Court Proceedings are pending and also upon my release by any of the Defendants or their subordinates, families, friends, or associates at any time. The Plaintiff is also seeking Compensatory and Declaratory Relief that I am entitled to under the laws. I am also seeking the immediate resignation of all liable parties. I am also seeking Nominal Compensation for every year that I am incarcerated (Monetary). And for all liable Defendants to be fired.

## XIV. State Torts

For violations under the Pennsylvania State Constitution and the United States Constitution the Plaintiff states his claims.

## X. Sworn Declaration

I, the Plaintiff, Jefferies, Ricardo Anthony Sr. declares under the penalties of perjury that the statements made herein are true and correct to the best of my knowlege, and my own personal knowlege, or belief, and are not meant to mislead or deceive. I also realize that false statements made herein will subject me to the penalties of perjury.

NAME: Jefferies, Ricardo Anthony Sr.
Number: QR-0472     S.C.I
Address: 2500 Lisburn Rd, Camp Hill, Pa. 17001
Date: July 4th, 2025

Currently Housed; Writ
/#062737, Dauphin County Prison
501 Mall Rd. Harrisburg Pa 17111

